```
SHAMEKA SPIVEY LONGMIRE      JAMES WASH
513 W HILL ST                513 W HILL ST
FOREST, MS 39074             FOREST, MS 39074

THOMAS C. ROLLINS, JR.       KLS FINANCIAL SERVICES
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY
P.O. BOX 13767               991 AVIATION PARKWAY
JACKSON, MS 39236            STE 500
                             MORRISVILLE, NC 27560

AIDVANTAGE                   MOHELA/NAVIENT
PO BOX 300001                633 SPIRIT DRIVE
GREENVILLE, TX 75403         CHESTERFIELD, MO 63005


AMSHER COLLECTION            RAWLINGS & MACINNIS
4524 SOUTHLAKE PARKWAY       P.O. BOX 1789
SUITE 15                     MADISON, MS 39130
BIRMINGHAM, AL 35244


CAPITAL ONE                  SANTANDER CONSUMER
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 30285                 P.O. BOX 961245
SALT LAKE CITY, UT 84130     FORT WORTH, TX 76161


EA CEN MS CU                 US ATTORNEY GENERAL
PO BOX 5                     US DEPT OF JUSTICE
NEWTON, MS 39345             950 PENNSYLVANIA AVENW
                             WASHINGTON, DC 20530-0001


EMMA PATRICK                 VANDERBILT MORTGAGE
513 W HILL ST                ATTN: BANKRUPTCY
FOREST, MS 39074             PO BOX 9800
                             MARYVILLE, TN 37802


INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201
```