Certificate Number: 17082-MSS-DE-040604445

Bankruptcy Case Number: 26-00237



17082-MSS-DE-040604445

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2026, at 10:01 o'clock AM MST, SHAMEKA S LONGMIRE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  February 10, 2026

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director