**Fill in this information to identify the case:**

Debtor 1: Shameka Spivey Longmire

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Mississippi (State)

Case number: 26-00237

Official Form 410S1

# Notice of Mortgage Payment Change 12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Vanderbilt Mortgage and Finance, Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 8 0 7 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 04 / 02 / 2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ 935.95

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 249.75     New escrow payment: $ 212.18

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☑ No
   ☐ Yes.

   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
                                      - $_____

| Debtor 1 | Shameka Spivey Longmire | Case number (if known) 26-00237 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

Amount of next payment (including reconciliation amount)    $_____

Amount of the new payment thereafter (without reconciliation amount)    $_____

## Part 4: Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____    New mortgage payment: $ _____

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Jamie Millican*   Date 02 / 18 2026
Signature

Print: Jamie   Millican   Title: Bankruptcy Specialist
First Name   Middle Name   Last Name

Company: Vanderbilt Mortgage and Finance, Inc.

Address: 500 Alcoa Trail
Number   Street

Maryville   TN   37804
City   State   ZIP Code

Contact phone (865) 380 – 3000   Email: jamie.millican@vmf.com

Official Form 410S1   Notice of Mortgage Payment Change   page 2



PO Box 9800
Maryville, TN 37802
Toll Free: 1-800-970-7250
www.vmf.com

**Escrow Account Disclosure Statement**

Page 1

## Adjusted Escrow Analysis

Analysis Date: January 26, 2026

At least once every 12 months, Vanderbilt Mortgage reviews the amount of taxes, insurance and Mortgage Insurance (if applicable), paid from your escrow account. The review, called Escrow Account Disclosure Statement, determines if the expense for any of the items included in the review has increased or decreased from the prior year. If there was an increase or decrease, your escrow payment will be adjusted. Vanderbilt Mortgage may review your escrow account more often as needed.

SHAMEKA S LONGMIRE
513 W HILL ST
FOREST, MS 39074

|  |  | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|---|
| PRINCIPAL / INTEREST |  | 723.77 | 723.77 |
| BASE PAYMENT (Escrow) | (1) | 249.75 | 212.18 |
| CUSHION / SHORTAGE / DEFICIENCY | (2) | 0.00 | 0.00 |
| ADVANCE REPAYMENT (Non-Escrow) | (3) | 0.00 | 0.00 |
| TOTAL MONTHLY PAYMENT |  | 973.52 | 935.95 |

- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

NEW PAYMENT EFFECTIVE: April 2, 2026

### Projections for the Coming Year

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT. Accordingly, this estimate does not take into consideration the portion of your escrow payment, if any, for any Escrow Cushion / Shortage / Deficiency [(2) above] or any Repayment of Advance (Non-Escrow) [(3) above].

| MONTH/YR | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance |  |  |  | 499.50 | 450.85 |
| Apr 26 | 216.23 |  |  | 715.73 | 667.08 |
| May 26 | 216.23 |  |  | 931.96 | 883.31 |
| Jun 26 | 216.23 |  |  | 1,148.19 | 1,099.54 |
| Jul 26 | 216.23 |  |  | 1,364.42 | 1,315.77 |
| Aug 26 | 216.23 | 1,532.00 | Physical Damage Insurance | 48.65 | 0.00 |
| Sep 26 | 216.23 |  |  | 264.88 | 216.23 |
| Oct 26 | 216.23 |  |  | 481.11 | 432.46 |
| Nov 26 | 216.23 |  |  | 697.34 | 648.69 |
| Dec 26 | 216.23 |  |  | 913.57 | 864.92 |
| Jan 27 | 216.23 | 512.47 | County TX1 | 617.33 | 568.68 |
|  |  | 550.31 | City Tax 1 | 67.02 | 18.37 |
| Feb 27 | 216.23 |  |  | 283.25 | 234.60 |
| Mar 27 | 216.23 |  |  | 499.48 | 450.83 |
| TOTALS: | 2,594.76 | 2,594.78 |  |  |  |

### Determining Your Escrow Surplus or Shortage / Deficiency

| PROJECTED LOW-POINT: | (a) | 48.65 |
|---|---|---|
| REQUIRED LOW-POINT: | (b) | 0.00 |
| **TOTAL ESCROW SURPLUS OR SHORTAGE / DEFICIENCY (-):** |  | **48.65** |

If your Projected Low-Point (a) is:
- Greater than your Required Low-Point (b), you have a surplus. We will mail you a check for the lessor of the surplus or your Starting Projected Balance. If surplus is less than $50, we are keeping it to lower your escrow payment.
- Less than your Required Low-Point (b), you have a shortage or deficiency (or both). This will be collected from you over a period of 12 or more months.
- Equal to your Required Low-Point (b), you have neither a surplus nor a shortage or deficiency (or both).

The following notices are required by Federal law: 1. This is an attempt by a debt collector to collect a debt and any information obtained will be used for that purpose. 2. To the extent your original obligation was discharged, or subject to an automatic stay under the bankruptcy code, this statement is for informational purposes only and is not an attempt to collect a debt or impose personal liability for a debt.



PO Box 9800  
Maryville, TN 37802

500 Alcoa Trail  
Maryville, TN 37804

RETURN SERVICE REQUESTED

February 18, 2026

## CERTIFICATE OF SERVICE

I, Jamie Millican, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Mortgage Payment Change either by electronic case filing or by United States mail postage pre-paid to the following:

**Shameka Spivey Longmire**  
513 W HILL ST  
FOREST, MS 39074-4012  
Notified by United States Mail

**Thomas Carl Rollins**  
Attorney for the Debtor  
Notified by Electronic Case Filing

**Harold J Barkley, Jr.**  
Chapter 13 Trustee  
Notified by Electronic Case Filing

/s/ Jamie Millican

**Toll Free:  800.970.7250  ●  Phone: 865.380.3000  ●  Fax:  865.380.3750  ●  www.VMF.com  ●  NMLS # 1561**  
**Office Hours: Monday – Thursday, 8:30 AM to 8:00 PM and Friday, 8:30 AM to 5:30 PM (ET)**