# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

In re:                                                                   Case No.: 26-00237-JAW

Shameka Spivey Longmire,                                    Chapter: 13

    Debtor.

## OBJECTION OF SANTANDER BANK, N.A. TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Movant"), a secured creditor herein, by and through its undersigned attorney, files its objection to confirmation of the proposed plan and states as follows:

1.    On January 29, 2026, Shameka Spivey Longmire (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code (the "Petition Date").

2.    This Court has jurisdiction of the parties and the subject matter pursuant to 28 U.S.C. §§157, 1334 and 11 U.S.C. § 1324.

3.    On February 25, 2017, the Debtor executed and delivered that certain Retail Installment Sale Contract (the "Note"), which was assigned to MOVANT, for the purchase of that 2016 Chevrolet Malibu bearing Vehicle Identification Number 1G1ZE5ST9GF286489 (the "'Collateral"). A true and correct copy of the Note is attached hereto as **Exhibit "A."**

4.    In order to secure its purchase money security interest evidenced by the Note, Movant recorded its lien by notating the Title (the "Title"), a true and correct copy of which is attached hereto as **Exhibit "B."**

5.    On January 29, 2026, the Debtor filed a Chapter 13 Plan (Dkt. 2) (the "Plan").

6.    Movant has a non-910 claim in the amount of $11,244.59, filed in this matter as Claim 4-1 ("MOVANT'S CLAIM").

2

7. The Plan calls to properly value Movant's claim, but fails to provide for the proper treatment of Movant's Claim based on the fact that the Plan does not provide adequate assurance of lien retention as to the Collateral.

8. The Plan has not been accepted by Movant pursuant to 11 U.S.C. § 1325(a)(5)(A).

9. Movant demands that the Plan be amended to properly identify the Collateral, and include the following language: "Santander Consumer USA Inc.'s lien shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328."

WHEREFORE, Movant requests this Court to deny confirmation of the Plan and for such further relief as this Court deems appropriate.

Dated this 9th day of March, 2026.

/s/ Christopher D. Meyer
Christopher D. Meyer, Esq. (MSB 103467)
*Attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc.*

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

66218391 v1

## **CERTIFICATE OF SERVICE**

HEREBY CERTIFY that a copy of the foregoing has been served on this 9th day of March, 2026, either by electronic transmission or by United States first class mail postage prepaid to the following:

**Debtor:**
Shameka Spivey Longmire
513 W Hill St
Forest, MS 39074

**Counsel for the Debtor:**
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee:**
Harold J. Barkley, Jr.
P.O. Box 4476
Jackson, MS 39296-4476

**U.S. Trustee:**
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL