# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 1G1ZE5ST9GF286489 | CHEV | 2016 | MLT | 4D | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL. | NEW / USED | TYPE OF VEHICLE | PASS OR GVW |
|---|---|---|---|---|---|
| | | 04 | X | PASS | 000 |

ODOMETER - TENTHS NOT INCLUDED

019088

ACTUAL MILEAGE

OWNER

WASH JAMES OR LONGMIRE SHAMEKA
94 SPIVEY RD
FOREST        MS 39074

1ST LIENHOLDER (OR OWNER IF NO LIEN)

SANTANDER CONSUMER USA
P O BOX 961288
FORT WORTH     TX 76161

DATE:
MONTH | DAY | YEAR
02/25/2017

2ND LIENHOLDER

DATE.
MONTH | DAY | YEAR

LIEN SATISFACTION THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____ BY _____
            (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

2ND LIEN _____ BY _____
            (LIENHOLDER)                    (SIGNATURE AND TITLE)

THIS _____ DAY OF _____ 20 ____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE **12** DAY OF **MAY** 20 **17**

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

*Herb Frierson*

Exhibit B

**VOID IF ALTERED**