United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                              Case No. 26-00237-JAW

Shameka Spivey Longmire                                                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                     User: mssbad                                          Page 1 of 2

Date Rcvd: Apr 21, 2026                          Form ID: n031                                        Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shameka Spivey Longmire, 513 W Hill St, Forest, MS 39074-4012 |
| 5618152 | + | AmSher Collection, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 5618154 | + | Ea Cen Ms Cu, Po Box 5, Newton, MS 39345-0005 |
| 5618155 | + | Emma Patrick, 513 W Hill St, Forest, MS 39074-4012 |
| 5618158 | + | James Wash, 513 W Hill St, Forest, MS 39074-4012 |
| 5618161 | + | Rawlings & MacInnis, P.O. Box 1789, Madison, MS 39130-1789 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5618151 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 21 2026 19:49:10 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5661116 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 21 2026 19:49:17 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 5618152 | + | Email/Text: bsimmons@amsher.com | Apr 21 2026 19:44:00 | AmSher Collection, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 5618153 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2026 19:49:10 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5618157 | + | Email/Text: ebone.woods@usdoj.gov | Apr 21 2026 19:44:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5618156 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 21 2026 19:44:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5618159 | | Email/Text: BKRsecure@klsfs.com | Apr 21 2026 19:44:00 | Kls Financial Services, Attn: Bankruptcy, 991 Aviation Parkway, Ste 500, Morrisville, NC 27560 |
| 5620241 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 21 2026 19:44:00 | MOHELA on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 5618160 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Apr 21 2026 19:49:13 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 5634940 | + | Email/Text: bankruptcy@purchasingpower.com | Apr 21 2026 19:44:00 | Purchasing Power, LLC, 2727 Paces Ferry Rd SE, Building 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5626102 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2026 19:44:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5618162 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 21 2026 19:44:00 | Santander Consumer, Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5618163 | ^ | MEBN | Apr 21 2026 19:42:04 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 21, 2026 | Form ID: n031 | Total Noticed: 20 |

20530-0001

| 5618164 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Apr 21 2026 19:44:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
|---|---|---|---|
| 5625872 | + Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Apr 21 2026 19:44:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, Maryville, TN 37802-9800 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Bank, N.A., as servicer for Santander Co |
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher D Meyer | on behalf of Creditor Santander Bank  N.A., as servicer for Santander Consumer USA Inc. cmeyer@burr.com, sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shameka Spivey Longmire trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−00237−JAW
**Chapter:** 13

**In re:**

Shameka Spivey Longmire
513 W Hill St
Forest, MS 39074

Notice of Entry of Order Confirming Plan

The Court entered an Order on April 21, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: April 21, 2026

Danny L. Miller, Clerk of Court